RECEIVED
APR 18 2012
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL SAAD, ) <br> ) <br> Defendant. ) | Criminal No. 3:12-cr-41 <br><br> **INDICTMENT** <br> T. 18 U.S.C. § 1014 |

**THE GRAND JURY CHARGES**

### COUNTS 1–5
### (False Statements to FHA and Federally Insured Credit Union)

That on or about the dates below, in the Southern District of Iowa, the defendant, MICHAEL SAAD, knowingly made material false statements and reports, and willfully overvalued land and property, for the purpose of influencing the actions of the Federal Housing Administration, as set forth in Counts 1–4, and the actions of Deere Harvester Credit Union, a credit union insured by the National Credit Union Administration, as set forth in Count 5, in connection with applications, advances, discounts, purchases, purchase agreements, repurchase agreements, commitments, and loans, in that defendant appraised the properties involved at inflated values for the purpose of causing the Federal Housing Administration and Deere Harvester Credit Union to make inflated loans.

| COUNT | DATE | ENTITY |
|---|---|---|
| 1 | April 24, 2007 | Federal Housing Administration |
| 2 | August 20, 2007 | Federal Housing Administration |
| 3 | September 19, 2007 | Federal Housing Administration |
| 4 | October 10, 2007 | Federal Housing Administration |
| 5 | December 5, 2007 | Deere Harvester Credit Union |

These are violations of Title 18, United States Code, Section 1014.

**A TRUE BILL.**

/s/
FOREPERSON

Nicholas A. Klinefeldt
United States Attorney

By: /s/
John D. Keller
Assistant United States Attorney