# UNITED STATES DISTRICT COURT
# IN AND FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: FINAL PRETRIAL ) | | |
| CONFERENCES SCHEDULED ) | ORDER | |
| FOR JUNE, 2012 ) | | |

RECEIVED
JUN 01 2012
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IT IS ORDERED that the captioned cases listed on the attached schedule shall come on for final pretrial conferences before the undersigned at the times listed, on June 11, 2012, at the United States Courthouse, Davenport, Iowa. All counsel are expected to appear in person unless they notify the Court within 48 hours of the conference that they wish to appear by phone.

**IT IS SO ORDERED.**

Dated this 1st day of June, 2012.

THOMAS J. SHIELDS
CHIEF U.S. MAGISTRATE JUDGE

# CRIMINAL PRETRIAL CONFERENCES
## June 11, 2012

| TIME | CASE NO. | DEFENDANTS | AUSA | DEFENSE |
|---|---|---|---|---|
| 9:00am | 11-82-JAJ | Excell Randolph<br>Thomas Kitt<br>Kendall Robinson<br>Anthony Conway<br>Alexander Honaker | CRC/RDW | E. Tindal<br>D. Mullin<br>J. Jacobsen<br>A. Larson<br>W. Taylor |
| 9:00am | 11-69-RWP | Tracy White<br>Chad Baker<br>Luis Holguin | CRC | M. Bell<br>Harvey Steinberg<br>Adam Tucker |
| 9:00am | 12-33-JAJ | Bryant Smith | LCW | M. Bell |
| 9:00am | 10-44-RWP | Mauriosantana Cowan | LCW | M. Bell |
| 9:00am | 12-31-JEG | Timothy Kukowski | LCW | E. Tindal |
| 9:00am | 12-42-JAJ | Jonathan Morning | DBA | C. Erdahl |
| 9:00am | 11-101-RWP | Richard Cone<br>Kim Hollrah | LCW | C. Erdahl<br>James Nelson |
| 9:00am | 12-12-RWP | Mark Ball | JDK | C. Erdahl |
| 9:00am | 12-35-JAJ | Derrick Taylor | LCW | Richard Bartolomei |
| 9:00am | 12-38-JAJ | David Boatwright | JWB | Cory Goldensoph |
| 9:00am | 11-39-JAJ | Jorge Melendez | JDK | M. Lahammer |
| 9:00am | 12-6-JAJ | Joel LaRue, Jr. | LCW | L. Spies |
| 9:00am | 12-7-JAJ | Andrew Gallagher | LCW | L. Spies |
| 9:00am | 10-87-RWP | Winnifer Elvidge | JDK/DBA | A. Willett |
| 9:00am | 12-27-JAJ | Ryan Larson | RDW | A. Willett |
| 9:00am | 12-48-JEG | Kurt Brookhart<br>Tony Young<br>Nahida Buchheit | LCW | D. Helphrey<br>D. Robertson<br>A. Willett |
| 9:00am | 12-5-RWP | Jeremy Stevenson | JWB | J. Moeller |

| Time | Case | Defendant | Judge | Attorney |
|---|---|---|---|---|
| 9:00am | 11-41-JEG | Robert Ferguson | LCW | J. Clements |
| 9:00am | 12-17-JEG | John Stephenson<br>Paul Stephenson<br>Mark Stephenson | JWB | J. Clements<br>D. Treimer<br>A. Larson |
| 9:00am | 12-34-JAJ | Gerardo Salinas<br>Aaron Watson | LCW | D. Treimer<br>J. Dusthimer |
| 9:00am | 12-18-JEG | Joseph Brewer | JWB | J. Dusthimer |
| 9:00am | 12-32-RWP | Steven Gruetzmacher<br>Leslie Hardin<br>Travis Meier | LCW | J. Dusthimer<br>D. Helphrey<br>A. Wilett |
| 9:00am | 11-89-JAJ | Charles Bateman<br>Charles Harrington | RDW | D. Robertson<br>J. Jacobsen |
| 9:00am | 11-111-RWP | Joshua Rankin<br>Devon Blu Raven Braet | LCW | D. Robertson<br>T. McAtee |
| 9:00am | 12-2-JEG | Ruben Montelongo Garza | DBA | D. Robertson |
| 9:00am | 12-20-JEG | David Hoyt | RDW | D. Helphrey |
| 9:00am | 12-37-JAJ | Kyle Edwards | JWB | D. Helphrey |
| 9:00am | 12-39-JEG | Charlie Pitchford | JWB | D. Helphrey |
| 9:00am | 12-41-RWP | Michael Saad | JDK | D. Helphrey |
| 9:00am | 12-49-RWP | Eric Martin | JDK | D. Helphrey |
| 9:00am | 12-50-JAJ | Mario Williams | JDK | T. McAtee |
| 9:00am | 12-22-RWP | Jeffrey Soboroff | CRC | T. McAtee |
| 9:00am | 11-102-JEG | T. Wayne Allen | DBA | T. McAtee |
| 9:00am | 12-4-JAJ | Nietzche D. J. Wilson<br>Darrell Rice | JDK | T. McAtee<br>A. Larson |